**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000693
11-JAN-2023
07:49 AM
Dkt. 22 ODSLJ**

NO. CAAP-22-0000693


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
SHANNON KAINOA RYSER KEALA, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
KONA DIVISION
(CASE NO. 3DTC-22-061452)


ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon review of the record, it appears that Defendant-Appellant Shannon Ryser, a.k.a., Shannon Kainoa Ryser Keala (**Ryser**) appeals from the District Court of the Third Circuit's (**district court**) October 20, 2022 Judgment and Notice of Entry of Judgment, which dismissed one of three charges in this case, October 20, 2022 Order and Notice of Entry of Order, which ordered Ryser to return to court for a pre-trial conference, or from the purported "final judgment" of the district court's "claim of personal jurisdiction" over Ryser. We conclude that the court lacks appellate jurisdiction because the district court has not entered a final decision or a final judgment. Hawaii Revised Statutes § 641-12 (2016); State v. Nicol, 140 Hawaiʻi 482, 490, 403 P.3d 259, 267(2017).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, January 11, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge